**No. 43908.**—Protest 966538–G of Sprouse-Reitz Co. (San Francisco).

Opinion by BROWN, J.   It was stipulated that the merchandise is similar to that which was the subject of Abstract 39751.   The claim at 35 percent under paragraph 1538 was therefore sustained.